# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
        Plaintiffs,

v.                                                                        CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
        Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
        Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
        Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
        Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
        Cross-Defendant.

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a **bifurcated** discovery track. Accordingly, the termination date for fact discovery is **October 30, 2020**, and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date. In addition, the termination date for expert discovery is **February 15, 2021**.

Before moving for an order relating to discovery, the parties may request a conference with the Court in an attempt to resolve the dispute. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motions relating to fact discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **November 19, 2020**. *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6. In addition, motions relating to expert discovery shall be filed with the Court and served on opposing parties by **March 8, 2021**.

Plaintiffs shall identify to all parties in writing any expert witness to be used by Plaintiffs at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **December 16, 2020**. All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **February 1, 2021**.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **March 31, 2021**. *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely. If documents are attached as exhibits to motions, affidavits or

briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Plaintiffs shall have until **October 1, 2020**, to join additional parties and to amend the pleadings. Defendants shall have until **November 2, 2020**, to join additional parties and to amend the pleadings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE