# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
    Plaintiffs,

v.                                                     CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
    Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
    Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
    Cross-Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, August 25, 2020, at 2:00 p.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE