IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
    Plaintiffs,

v.                                                                                                     CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
    Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
    Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
    Cross-Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES**

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Case Schedule* (the "Motion"), (Doc. 53), filed August 28, 2020. In the Motion, the parties explain the ongoing COVID-19 pandemic has caused unforeseen delays in the parties' ability to locate witnesses, and in the availability of witnesses. (Doc. 53 at 2). As a result, the parties request to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 28). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 28), shall be modified as follows:

1. The deadline to amend the pleadings and to join additional parties shall be extended to **November 16, 2020**;

2. Fact discovery shall be completed no later than **December 14, 2020**;

3. The deadline to submit supplementation under Rule 26(e) shall be extended to **December 21, 2020**;

4. The deadline for Plaintiff to submit expert reports shall be extended to **January 14, 2021**;

5. The deadline for Defendant to submit expert reports shall be extended to **February 14, 2021**;

6. Expert discovery shall close on **March 1, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 28), remain in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE