# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
        Plaintiffs,

v.                                             CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
        Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
        Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
        Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
        Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
        Cross-Defendant.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Plaintiff's *Motion Pursuant to Federal Rule 56(d) to Stay the Response to Sedona's Motion for Summary Judgment* (the "Motion"), (Doc. 57), filed September 11, 2020. Defendants' response to the Motion is currently due **Friday, October 2, 2020**. To facilitate a timely disposition of the Motion, the Court hereby enters an expedited briefing schedule.

      **IT IS THEREFORE ORDERED** that Plaintiff may file a reply to the Motion no later than **5:00 p.m. on Thursday, October 8, 2020**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE