## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
      Plaintiffs,

v.                                                                   CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
      Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
      Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
      Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
      Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
      Cross-Defendant.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Plaintiff St. Paul Fire and Marine Insurance Company's *Motion Pursuant to Federal Rule 56(d) to Stay Response to Sedona's Motion for Summary Judgment,* (the "Motion"), (Doc. 57), filed September 11, 2020. **IT IS HEREBY ORDERED** that a telephonic Motion Hearing is scheduled for **Thursday, October 15, 2020, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

                                                        THE HONORABLE CARMEN E. GARZA
                                                      CHIEF UNITED STATES MAGISTRATE JUDGE