# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
    Plaintiffs,

v.                               CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
    Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
    Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
    Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
    Cross-Defendant.

## ORDER VACATING TELEPHONIC PRE-SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon communication with counsel**. IT IS HEREBY ORDERED** that the telephonic pre-settlement conference scheduled for December 10, 2020, is **VACATED**. The Court will continue to communicate with counsel in an effort to resolve this action prior to the settlement conference scheduled for December 18, 2020.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE