**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ST. PAUL FIRE AND MARINE
INSURANCE CO., et al.,
          Plaintiffs,

v.                                             CV No. 20-79 WJ/CG

SEDONA CONTRACTING, INC., et al.,
          Defendants,
_____

MOSAIC POTASH CARLSBAD, INC.,
          Third-Party Plaintiff,

v.

ROCKCLIFF OPERATING NEW MEXICO, LLC.
          Third-Party Defendant,
_____

MOSAIC POTASH CARLSBAD, INC.,
          Cross-Claimant,

v.

SEDONA CONTRACTING, INC.,
          Cross-Defendant.

**SECOND ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINE TO SUBMIT CLOSING DOCUMENTS**

     **THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Time to Submit Closing Documents*, (the "Motion"), (Doc. 87), filed January 29, 2021. In the Motion, the parties request a second extension to February 5, 2021, to submit closing documents. *Id.* at 2. The parties indicate they "continue to work toward resolution of issues regarding the closing documents. *Id.* at 2. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

     **IT IS THEREFORE ORDERED** that the parties shall submit closing documents

by **February 5, 2021**. If further need for an extension arises, the parties are instructed to file a formal motion on the record.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE